### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **J. DOE** | : | CIVIL ACTION |
| | : | |
| **v.** | : | |
| | : | |
| **KILOLO KIJAKAZI and** | : | |
| **UNITED STATES OF AMERICA** | : | NO. 23-4764 |

### ORDER

**NOW**, this 3rd day of January, 2024, it appearing that this district is not the proper or more convenient venue, it is **ORDERED** that no later than **January 15, 2024**, each party shall file a memorandum of law addressing whether this action should be transferred to the United States District Court for the District of Maryland.

_____
TIMOTHY J. SAVAGE, J.